# EXHIBIT 6 – Bedmate-U Information





FitNek Pillow: Say Goodbye to Sleepless Nights | Indiegogo          https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights/payments/...

# INDIEGOGO

YOU'RE CONTRIBUTING TO

## FitNek Pillow: Say Goodbye to Sleepless Nights

❮ Back

## Guest checkout       Have an account? Log in

Full Name *

Email Address *

☐ Subscribe to the Indiegogo newsletter

## Shipping address

Full Name *

Country *

FitNek Pillow: Say Goodbye to Sleepless Nights | Indiegogo                    https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights/payments/...



United States (+$35 USD)

**Street Address** *

███████████████

**Address Line 2 (optional)**

**City** *

Payson

**State** *

Utah

**Postal Code** *

84651

**Phone Number** *

███████████



## Secure Payment 🔒

**Name on Card** *

███████████

**Card Information** *

💳 Card number                                        MM / YY  CVC

FitNek Pillow: Say Goodbye to Sleepless Nights | Indiegogo                    https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights/payments/...

Invalid card

**Add a tip to Indiegogo**
By supporting Indiegogo, you are helping us bring the power of community to important causes around the world. We'll donate a portion of your tip to various causes important to the Indiegogo community. Learn more.

- ⚪ **5% ($5 USD)**

- ⚪ **10% ($10 USD)**

- ⚪ **15% ($15 USD)**

- ⚪ Other Amount

- ⚪ No Tip

## Contribution summary

 FOR SINGLES ONLY                                                                                              $99 USD

FitNek Pillow: Say Goodbye to Sleepless Nights | Indiegogo                    https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights/payments/...

| | |
|---|---|
| Subtotal | **$99 USD** |
| Shipping | **$35 USD** |

| United States (+$35 USD) |
|---|

| | |
|---|---|
| Indiegogo Tip | **$0 USD** |
| **TOTAL** | **$134 USD** |

⛰ **Crowdfunding is not shopping**

Your donation is a way to support a project but does not guarantee that you will receive a perk.

**You may request a full refund from Indiegogo until October 30, 2021.** Any refunds after this date are the responsibility of the campaign owner, Bedmate U, at their discretion.

Learn more

☐ I agree to the **Terms of Use** and have read and understand the **Privacy Policy**

🔒 **SUBMIT PAYMENT**

FitNek Pillow: Say Goodbye to Sleepless Nights | Indiegogo                    https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights/payments/...



Terms of Use     Privacy Policy     Cookie Policy

Do Not Sell My Personal Information

Accessibility      © 2021 Indiegogo, Inc. All Rights Reserved

Do Not Sell My Personal Information

© 2021 Indiegogo, Inc. All Rights Reserved



5 of 5                                                                                           10/20/2021, 4:25 PM

**From:**
**To:**
**Subject:**   Fwd: Indiegogo contribution #139 receipt for FitNek Pillow: Say Goodbye to Sleepless Nights
**Date:**   Wednesday, October 20, 2021 4:33:00 PM

---------- Forwarded message ---------
From: **Indiegogo** <noreply@indiegogo.com>
Date: Wed, Oct 20, 2021, 4:23 PM
Subject: Indiegogo contribution #139 receipt for FitNek Pillow: Say Goodbye to Sleepless Nights
To:                                    >



# Thank you for contributing to this campaign!

Amanda, thanks for contributing to FitNek Pillow: Say Goodbye to Sleepless Nights. We hope to see you again soon.

## What's next?

Many things can happen between the time the project is raising funds and the expected project release date. Join the campaign team on their journey and stay informed along the way:

Visit FitNek Pillow: Say Goodbye to Sleepless Nights page to get the latest update

Find updates and follow the project via social media

Ask questions via the comments section

## Contribution details

Review contribution

**Contribution ID**

139

**Contribution Date**

October 20, 2021

**Shipping Information**



Payson, UT 84651

United States

| FOR SINGLES ONLY | $99.00 USD |
|---|---|
| Estimated delivery: September 2021 | |
| 1 x Fit Nek Pillow (White) | |
| 1 x Fit Nek | |

| | |
|---|---|
| Subtotal | $99.00 USD |
| Shipping (United States) | $35.00 USD |
| **Total Paid** | **$134.00 USD** |

This charge will appear in your credit card statement as "**INDIEGOGO\* fitnek**".

**Crowdfunding is not shopping.** Your donation is a way to support a project but does not guarantee that you will receive a perk.

**You may request a full refund from Indiegogo until October 30, 2021.**

Any refunds after this date are the responsibility of the campaign owner, Bedmate U, at their discretion.

**This campaign was created by**

Bedmate U
New Castle, Delaware, United States

VIEW UPDATES

ASK A QUESTION

### Estimated Delivery Date

The estimated delivery date might change due to unexpected changes in the product development, manufacturing and distribution. For more information follow campaign updates or ask a question to the campaign creator.

## Help bring more ideas to life!



HOME

**Mella: The Smart Mushroom Fruiting Chamber**

**14,197%** funded | **29 days left**

TRANSPORTATION

**Bonc Bike: Sleek, Long Range, Minimalist ebike**

**14,197%** funded | **29 days left**

PHONES & ACCESSORIES

**HyperJuice 245W USB-C Battery Pack & GaN Charger**

**14,197%** funded | **28 days left**

HEALTH & FITNESS

**Knee Plus: Targeted Treatment, Effective Relief**

**14,197%** funded | **38 days left**

**DISCOVER OTHER CAMPAIGNS**

Feeling inspired? Start a campaign!

You can always visit our Help Center for tips and resources or contact User Operations with questions. We'll respond within 24 hours!

Manage your email preferences  |  Unsubscribe  |  View in browser

Indiegogo
965 Mission Street, 6th Floor, San Francisco, CA 94103
© 2021 Indiegogo, All rights reserved









**Claim Chart**
**U.S. Patent No. 10,863,837**
**Infringement: Bedmate-U FitNek Pillow**

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| 1.  A pillow, consisting of: | The Bedmate-U FitNek ("FitNek") is a pillow.<br><br><br><br>Source: www.bedmate-u.com (last accessed August 3, 2022)<br><br><br><br>Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| a first pillow cushion defining a first major surface of the pillow, consisting essentially of a gelatinous elastomer, and sized and configured to support a head and neck of a person using the pillow, deformable wall members of the first pillow cushion extending from the first major surface to an opposite surface of the first pillow cushion, the deformable wall members defining voids, the deformable wall members configured to buckle and to be displaced into the voids when a pressure applied to the first major surface of the first pillow cushion in a direction perpendicular to the first major surface exceeds a threshold pressure level; | The FitNek has a first pillow cushion (hereinafter referred to as the "TPE Core").  Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |

2

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
|  | The TPE Core defines a first major surface of the Fitnek pillow. <br><br>Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |

3

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| | Bedmate-U states that the TPE Core consists of a thermoplastic elastomeric material, which is a gelatinous elastomer.<br><br><br><br>Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022)<br><br>The FitNek is 21″ x 14″ x 5″ in size and the TPE Core is sized and configured to support a head and neck of a person using the pillow.<br><br><br><br>Source: www.bedmate-u.com (last accessed August 3, 2022) |

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| |  |

Inside the table cell (right column), the content reads:

> " Thanks to its flexible structure, FitNek can support everyone's unique head shape and their sleeping postures. Whether you sleep on back or on side, FitNek can fit in. "

Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022)

The TPE Core has deformable wall members extending from the first major surface of the FitNek to an opposite surface of the TPE Core.

Deformable Wall Members

Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022)

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| | <br>Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |

6

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| |  Source: www.bedmate-u.com (last accessed August 3, 2022) <br><br> The deformable wall members of the TPE Core define voids that are triangular in shape. <br><br>  <br><br> Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |

7

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
| --- | --- |
| | The deformable wall members of the TPE Core are configured to buckle and to be displaced into the voids when a pressure applied to the applied to the first major surface of the TPE Core in a direction perpendicular to the first major surface exceeds a threshold pressure level.  |

| '837 Patent, <mark>Claim 1</mark> | Bedmate-U FitNek Pillow |
|---|---|
| | <br><br>Buckling of Wall Members<br><br>Walls Buckling into Void<br><br>Source: www.bedmate-u.com (last accessed August 3, 2022) |
| a second pillow cushion coupled to the first pillow cushion at an interface, defining a second major surface of the pillow opposite from the first major surface, and having a | The FitNek has a second pillow cushion (referred to herein as the "Mixed Fiber Layer"). |

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| material composition different from the first pillow cushion; and | 

Triple layered Rayon Cover   TPE Core Layer   Mixed Fiber Layer   Fiber Pocket

Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |

| **'837 Patent, <mark>Claim 1</mark>** | **Bedmate-U FitNek Pillow** |
|---|---|
| | The Mixed Fiber Layer is coupled to the TPE Core at an interface.<br><br><br><br>Source: www.bedmate-u.com (last accessed August 3, 2022) |

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| |  |

The Mixed Fiber Layer defines a second major surface of the FitNek opposite from the first major surface.

Second Major Surface

Source:  www.bedmate-u.com (last accessed August 3, 2022)

The Mixed Fiber Layer is filled with mixed polyester fibers and thus has a material composition different from the TPE Core.

For the pillow part, we used custom made Denia fiber fillings for the best sleeping experience. By mixing a precise amount of microfiber and hollow fiber, we were able to produce a pillow fill that has both flexibility and coziness.

Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022)

12

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
| --- | --- |
| a pillow cover enclosing the first pillow cushion and the second pillow cushion. | In the FitNek, a pillow cover encloses both the TPE Core and the Mixed Fiber Layer.<br><br> |

13

| '837 Patent, Claim 1 | Bedmate-U FitNek Pillow |
|---|---|
| |  We also used **Rayon yarn** for the cover. Rayon yarn – also  known as 'art yarn' – is an environmentally friendly material produced from wood pulp. It has a cool and soft silky texture which is great for bedding. Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |

| '837 Patent, Claim 19 | Bedmate-U FitNek Pillow |
|---|---|
| 19. A pillow, comprising: | See Claim 1. |
| a first pillow cushion defining a first major surface of the pillow, consisting essentially of a gelatinous elastomer, having a first thickness, and sized and configured to support a head and neck of a person using the pillow, deformable wall members of the first pillow cushion extending from the first major surface to an opposite surface of the first pillow cushion, the deformable wall members defining voids, the deformable wall members configured to buckle and to be displaced into the voids when a pressure applied to the first major surface of the first pillow cushion in a direction perpendicular to the first major surface exceeds a threshold pressure level; | See Claim 1. |

15

| | |
|---|---|
| a second pillow cushion coupled to the first pillow cushion at an interface, defining a second major surface of the pillow opposite from the first major surface, having a second thickness that is greater than the first thickness of the first pillow cushion, and having a material composition that differs from a material composition of the first pillow cushion; and | See Claim 1.<br><br>The FitNek's Mixed Fiber Layer has a second thickness that is greater than the first thickness of the TPE core.<br><br><br><br>Source: https://www.indiegogo.com/projects/fitnek-pillow-say-goodbye-to-sleepless-nights#/ (last accessed February 2, 2022) |
| a pillow cover enclosing the first pillow cushion and the second pillow cushion. | See Claim 1. |