KEITH A. CALL (6708)
CLARK S. GARDNER (17997)
**SNOW CHRISTENSEN & MARTINEAU**
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
kcall@scmlaw.com
cg@scmlaw.com
*Attorneys for Defendants Bedmate-U Co, Ltd.,*
*Ningbo Bolian Import & Export Co., Ltd.,*
*Ningbo Minzhou Import & Export Co., Ltd., Shandong Jiu Hui*
*Xinxi Keji Youxian Gongsi Co., Ltd., Hetaibao, Lei Lei Wang,*
*and Henson Holdings, LLC d/b/a SelectSoma*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PURPLE INNOVATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEDMATE-U CO., LTD.; et.al., <br><br> Defendants. | **[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' MOTION TO STAY ACTION UNDER 28 U.S.C. § 1659 PENDING ITC DETERMINATION** <br><br> Civil No. 2:22-cv-00620-HCN-DAO <br><br> Judge Howard C. Nielson, Jr. |

Upon consideration of Defendants Bedmate-U Co., Ltd. ("Bedmate-U"), Ningbo Bolian Import & Export Co., Ltd. ("Ningbo Bolian"), Ningbo Minzhou Import & Export Co., Ltd. ("Ningbo Minzhou"), Shandong Jiu Hui Xinxi Keji Youxian Gongsi Co., Ltd. ("Shandong Jiu Hui), Hetaibao, Lei Lei Wang, and Henson Holdings, LLC's ("Henson") (collectively "Defendants") Motion to Stay Action Pursuant to 28 U.S.C. § 1659 Pending Resolution of ITC Investigation, and finding good cause shown therein, the Court hereby orders that the relief sought by the Motion is GRANTED:

2

IT IS HEREBY ORDERED that this case is STAYED pending further order of the Court.

SIGNED this \_\_\_\_ day of October, 2022.

BY THE COURT:

_____
Judge Howard C. Neilson, Jr.
United States District Court for the District of Utah

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2022, I caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' MOTION TO STAY ACTION UNDER 28 U.S.C. § 1659 PENDING ITC DETERMINATION** to be filed with the Clerk of the Court using the CM/ECF System, which will send notification to the following:

Stephen M. Sansom
**HOLLAND & HART LLP**
222 S. Main Street, Ste. 2200
Salt Lake City, UT 84101
smsansom@hollandhart.com
*Attorneys for Plaintiff Purple Innovation, LLC*

Teague I. Donahey (pro hac vice)
Christopher C. McCurdy (pro hac vice)
Zachery J. McCraney (pro hac vice)
**HOLLAND & HART LLP**
800 West Main Street, Ste. 1750
Boise, ID 83702
tidonahey@hollandhart.com
ccmccurdy@hollandhart.com
zjmccraney@hollandhart.com
*Attorneys for Plaintiff Purple Innovation, LLC*

Timothy Getzoff (pro hac vice)
**HOLLAND & HART LLP**
1800 Broadway, Ste. 300
Boulder, CO 80302
tgetzoff@hollandhart.com
*Attorneys for Plaintiff Purple Innovation, LLC*

/s/ Stephanie Chavez

4870-0768-7226, v. 1